**ALLISON BROWN,**                                   )

                    PLAINTIFF,              )

v.                                                   )          Case No. 26-cv-1143 CRC

                                             )

**THE WASHINGTON UNIVERSITY**       )

Et al.,                                              )

                    DEFENDANTS.          )

                                         )

### <u>MOTION FOR CM/ECF USERNAME AND PASSWORD</u>

Pursuant to Local Rule 5.4, a pro se party may obtain a CM/ECF username and password from the Clerk with leave of Court. I, Allison Brown, have great access to the internet and confirm the capacity to file documents and receive filings electronically on a regular basis, and certify that I have been permitted to file electronically in the federal District Court of Maryland.

Please let me know if you need any additional information to grant this request.

Respectfully submitted,



Allison Brown

4/3/2026

**RECEIVED**

APR 3 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia