# IN THE DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLISON BROWN**, | ) |
| PLAINTIFF, | ) |
| v. | ) |
| | ) |
| **THE WASHINGTON UNIVERSITY** | ) |
| Et al., | ) |
| DEFENDANTS. | ) |
| | ) |

Case No. 26-cv-1143 CRC

## MOTION FOR DEFAULT AND MOTION FOR DEFAULT JUDGMENT

Federal Rule of Civil Procedure 55(b)(2) authorizes courts to enter a default judgment against a properly served defendant(s) who fails to plead or otherwise defend. Once a default is entered, the well-pleaded factual allegations of the complaint, except those relating to damages, are deemed true.

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff, Allison Brown, moves for the clerk to enter a default, and then respectfully requests for the judge to enter a default judgment in this case. Defendants have waived service but have failed to respond by the deadline set by this court (May 28th 2026) and their own internal deadline specified on their waiver of service form, which states June 6, 2026. Today is June 7th, 2026. Defendants were properly served, and have failed to answer within the required time. Therefore, Plaintiff requests for a default to be entered by the Clerk. And because Defendants have wholly failed to participate in these proceedings, Plaintiff has established the right to a default judgment.

The grounds for this Motion for Default Judgment are set forth herein and will be contained in the accompanying Complaint and Declaration of Allison S. Brown. A Proposed Order of Default Judgment is being submitted to the Court with this Motion.

Respectfully submitted,

Allison Brown, Plaintiff

6/7/2026