**IN THE DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALLISON BROWN**, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Case No. 26-cv-1143 CRC |
| | ) | |
| **THE WASHINGTON UNIVERSITY** | ) | |
| Et al., | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**AFFIDAVIT OF ALLISON BROWN**

I, **Allison Brown,** being duly sworn, depose and state as follows:

1. I am the **Plaintiff and the Attorney for Plaintiff** in the above-captioned matter. I have personal knowledge of the facts stated in this Affidavit and am competent to testify to them.
2. The Complaint in this action was filed on **April 1st, 2026.**
3. The Defendants, Washington University et al., were properly served with the Summons and Complaint on **May 7th, 2026**, as evidenced by the Proof of Service filed with this Court on **May 7th, 2026.**
4. More than the legally allowed time has passed since the date of service, and the Defendants have failed to file an answer, motion, or other responsive pleading, nor have they requested an extension.
5. A default should be entered against the Defendants by the Clerk of the Court on **June 7th, 2026.**
6. None of the Defendants are an infant or an incompetent person, nor are any of the Defendants currently serving in the military service of the United States.
7. As set forth in the Complaint, the Defendants owes the Plaintiff a liquidated sum certain of **$40,000,000** in damages.
8. Furthermore, the Plaintiff is entitled to **$40,000,000** in pre-judgment interest calculated from **January 2021** to **Present** along with **$25,000** in court costs, making the total amount due **$40,025,000.**

I declare under 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on **June 7th, 2026** in **Silver Spring, Maryland.**

**Allison Brown**