**IN THE DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALLISON BROWN**, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Case No. 26-cv-1143 CRC |
| | ) | |
| **THE WASHINGTON UNIVERSITY** | ) | |
| Et al., | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**[PROPOSED] ORDER FOR DEFAULT JUDGMENT**

THIS COURT FINDS that:

1.  Defendants were served with process at their current address of record;

2.  Defendants failed to answer or otherwise plead in response to Plaintiff's Complaint filed with this Court; and

3.  Plaintiff is entitled to an entry of Default entered against Defendants.

IT IS HEREBY ORDERED AND DECREED, that Default Judgment be entered against the Defendants to this matter, and that Plaintiff is entitled to recover $40,000,000 in damages, plus fees and costs, including reasonably incurred attorney's fees.

Signed,


Judge Christopher R. Cooper