**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

ALLISON BROWN,                  )

                         )

        Plaintiff,            )

                         )

v.                       )        Case No. 1:26-cv-01143-CRC

                         )

WASHINGTON UNIVERSITY, et al.,    )

                         )

        Defendants.        )

**CERTIFICATE REQUIRED BY LCvR 26.1 OF THE LOCAL RULES OF THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant The Washington University, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates which own at least 10% of the stock of The Washington University which have any outstanding securities in the hands of the public.

These representations are made in accordance with the rules, and so that the Judges of this court may determine any need for recusal.

1

Dated: June 8, 2026                     Respectfully submitted,

                                        By: */s/ Sona Rewari*
                                            Sona Rewari (D.C. Bar No. 1047102)
                                            **HUNTON ANDREWS KURTH LLP**
                                            2200 Pennsylvania Avenue, NW
                                            Washington, DC 20037
                                            Telephone: (202) 955-1974
                                            Facsimile: (703) 918-4018
                                            srewari@hunton.com

                                            Winthrop B. Reed III, *pro hac vice forthcoming*
                                            (Mo. Bar #42840)
                                            Benjamin M. Farley, *pro hac vice forthcoming*
                                            (Mo. Bar #69073)
                                            Lindsey M. Bruno, *pro hac vice forthcoming*
                                            (Mo. Bar #73055)
                                            **LEWIS RICE LLC**
                                            600 Washington Avenue, Suite 2500
                                            St. Louis, Missouri 63101
                                            Telephone:  (314) 444-7617
                                            Facsimile:  (314) 612-7617
                                            wreed@lewisrice.com
                                            bfarley@lewisrice.com
                                            lbruno@lewisrice.com

                                            ***Attorneys for Defendants***