**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143-CRC |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or for Improper Venue or, in the Alternative, Failure to State a Claim, Plaintiff's opposition thereto, and any reply briefing and oral argument thereon, and for good cause shown, it is hereby ordered that the Motion to Dismiss is granted pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and/or 12(b)(6) and that all Counts of the Complaint as pleaded against all Defendants are dismissed without leave to amend, and that judgment be entered for each and every Defendant in the above-captioned action.

So ordered this ___ day of _____, 2026.

_____
Christopher R. Cooper
United States District Court Judge

cc:     Sona Rewari
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
srewari@hunton.com

Winthrop B. Reed III
Benjamin M. Farley
Lindsey M. Bruno
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
wreed@lewisrice.com
bfarley@lewisrice.com
lbruno@lewisrice.com

*Attorneys for Defendants*

Allison Brown
7923 Eastern Avenue
Silver Spring, MD 20910
asb151@georgetown.edu

*Pro Se*