**IN THE DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ALLISON BROWN**, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | Case No. 26-cv-1143 CRC |
| | ) | |
| **THE WASHINGTON UNIVERSITY** | ) | |
| Et al., | ) | |
| DEFENDANTS. | ) | |
| | ) | |

**MOTION TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(1), a plaintiff is able to amend their complaint once as a matter of course within 21 days of serving the original complaint, or 21 days after the service of a responsive pleading or a motion under Rule 12(b), (e), or (f). Defendants filed their Motion to Dismiss on June 8th, 2026. Plaintiff will respond with an Amended Complaint within 21 days – on or before June 29th, 2026.

Plaintiff respectfully requests leave from the Court to amend her complaint.

Respectfully submitted,

Allison Brown, Esq., Plaintiff
DC Bar #: 90045586
6/7/2026