**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143-CRC |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR**
**DEFAULT JUDGMENT**

Plaintiff Allison Brown's Motion for Default Judgment, filed on Sunday, June 7, 2026,

should be denied in accordance with the Federal Rules of Civil Procedure and prior decisions of

this Court. Plaintiff argues, without any support from or citation to the Federal Rules or case law,

that this Court should enter a default judgment against Defendants[1] because they "were properly

served, and have failed to answer within the required time." (ECF No. 4, at 1.) According to

Plaintiff, Defendants' responsive pleadings were due on Saturday, June 6, 2026.

Not so. A defendant's deadline to file a responsive pleading is 60 days after that defendant

receives a proper request from a plaintiff to waive service of summons. Fed. R. Civ. P. 4(d)(3).

Here, Plaintiff emailed the Defendants with a copy of the Waiver of Service of Summons for the

first time on April 8, 2026. (*See* ECF No. 3.) Accordingly, the 60-day time period for Defendants

to file their responsive pleading ran through June 7, 2026—a Sunday.

The computation of time to file a responsive pleading includes "the last day of the period,

but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end

---

[1] The Defendants in this matter are Washington University, Elizabeth Walsh, Adrienne Davis, Carrie Burns, Russell Osgood, Robert Wild, Darrell Hudson, Deanna Wendler Modde, Nicole Gore, Peggie Smith, Mark Kamimura-Jiménez, Elizabeth Katz, and Angela Smith.

of the next day that is not a Saturday, Sunday, or legal holiday."  Fed. R. Civ. P. 6(a)(1)(C).

Therefore, Defendants' deadline to file their responsive pleading in this matter was Monday, June

8, 2026.  Because Defendants filed their Motion to Dismiss on that date, *see* ECF No. 6, Defendants

timely filed their responsive pleading and no basis exists for entering a default judgment against

Defendants.[2]

The plain-language operation of Rule 6 is illustrated by this Court's decision in *Freeman*

*v. Howard University College of Medicine*, No. 1:21-cv-2191, 2022 WL 4289640 (D.D.C. Sept.

16, 2022).  In *Freeman*, the defendant's 60-day deadline to file its responsive pleading fell on a

Sunday.  *Id.* at *6 n.5.  When the defendant filed its motion to dismiss on the next weekday,

plaintiff argued that the motion was untimely.  *Id.*  This Court correctly ruled that the plaintiff's

argument was "meritless" and found the motion was timely filed.  *Id.*  So too here.[3]

WHEREFORE, Defendants respectfully request that this Court enter an order denying

Plaintiff's Motion for Default Judgment, and for any further relief the Court deems just and proper.

---

[2] Plaintiff also asserts that Defendants "failed to respond by the deadline set by this Court (May 28th 2026) and their own internal deadline specified on their waiver of service form, which states June 6, 2026."  (ECF No. 4, at 1.)  But the Court did not shorten the 60 days allowed to defendants who waive service.  Defendants' waiver of service form, which is filed in the record at ECF No. 3, says nothing more than that the 60-day period for Defendants' response began on April 8, 2026.

[3] Plaintiff appears to doubt the basis of her own argument, as she subsequently filed a Motion to Amend Complaint after Defendants filed their Motion to Dismiss.  (*See* ECF No. 7.)

Dated: June 10, 2026

Respectfully submitted,

By: */s/ Sona Rewari*

Sona Rewari (D.C. Bar No. 1047102)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

Winthrop B. Reed III, *pro hac vice forthcoming*
(Mo. Bar #42840)
Benjamin M. Farley, *pro hac vice forthcoming*
(Mo. Bar #69073)
Lindsey M. Bruno, *pro hac vice forthcoming*
(Mo. Bar #73055)
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7617
Facsimile:  (314) 612-7617
wreed@lewisrice.com
bfarley@lewisrice.com
lbruno@lewisrice.com

***Attorneys for Defendants***