CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

RECEIVED
APR 27 2026

CAPITAL DISTRICT 208
14 APR 2026 PM 2 L

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 20001   $ 000.74⁰
02 7W
0008034592 APR 10 2026

**ALLISON BROWN**
1923 Eastern Avenue
Silver Spring, MD 20910

NIXIE        171    CE  1        2204/21/26
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
BC:  20001280433        *2217-00362-14-41

