**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143 |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PRO HAC VICE ADMISSION OF BENJAMIN M. FARLEY**

I, Sona Rewari, am a member in good standing of the bar of this court, and am counsel for

Defendants Washington University, Elizabeth Walsh, Adrienne Davis, Carrie Burns, Russell

Osgood, Robert Wild, Darrell Hudson, Deanna Wendler Modde, Nicole Gore, Peggie Smith, Mark

Kamimura-Jiménez, Elizabeth Katz, and Angela Smith ("Defendants"). Pursuant to Local Rule

44.1(c), I am moving for the admission of Benjamin M. Farley to appear pro hac vice in this case

as counsel for Defendants.

Mr. Farley's Declaration for Pro Hac Vice Admission and Certificate of Good Standing

from Missouri are attached to this motion. I have met and conferred with plaintiff Allison Brown,

*pro se* and she consents to this motion.

I further state, as required by Rule 44.1(c), that:

1.    Mr. Farley's office address is Lewis Rice LLC, 600 Washington Avenue, Suite

2500, St. Louis, MO 63101-1311. His telephone number is 314-444-7658.

2.    Mr. Farley is admitted to practice in the courts of the State of Missouri, the United

States District Court for the Eastern District of Missouri, the United States District Court for the

Western District of Missouri, the United States District Court for the Northern District of Illinois,

the United States District Court for the Southern District of Illinois, the Supreme Court of Missouri, and the United States Court of Appeals for the Eighth Circuit.

3.      Mr. Farley has never been disciplined by any bar.

4.      Mr. Farley has never previously been admitted pro hac vice to this Court.

5.      Mr. Farley does not engage in the practice of law from an office in the District of Columbia, is not a member of the District of Columbia Bar, and does not have a pending application for membership to the District of Columbia Bar.

I therefore request that the Court admit Mr. Farley to appear pro hac vice in this matter.

Dated: July 1, 2026                                    Respectfully submitted,

By: */s/ Sona Rewari*
Sona Rewari (D.C. Bar No. 1047102)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

Winthrop B. Reed III, *pro hac vice forthcoming*
(Mo. Bar #42840)
Benjamin M. Farley, *pro hac vice forthcoming*
(Mo. Bar #69073)
Lindsey M. Bruno, *pro hac vice forthcoming*
(Mo. Bar #73055)
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7617
Facsimile:  (314) 612-7617
wreed@lewisrice.com
bfarley@lewisrice.com
lbruno@lewisrice.com

***Attorneys for Defendants***