**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143 |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PRO HAC VICE ADMISSION OF WINTHROP B. REED, III**

I, Sona Rewari, am a member in good standing of the bar of this court, and am counsel for Defendants Washington University, Elizabeth Walsh, Adrienne Davis, Carrie Burns, Russell Osgood, Robert Wild, Darrell Hudson, Deanna Wendler Modde, Nicole Gore, Peggie Smith, Mark Kamimura-Jiménez, Elizabeth Katz, and Angela Smith ("Defendants"). Pursuant to Local Rule 44.1(c), I am moving for the admission of Winthrop B. Reed, III to appear pro hac vice in this case as counsel for Defendants.

Mr. Reed's Declaration for Pro Hac Vice Admission and Certificate of Good Standing from Missouri are attached to this motion. I have met and conferred with plaintiff Allison Brown, *pro se* and she consents to this motion.

I further state, as required by Rule 44.1(c), that:

1.      Mr. Reed's office address is Lewis Rice LLC, 600 Washington Avenue, Suite 2500, St. Louis, MO 63101-1311. His telephone number is 314-444-7617.

2.      Mr. Reed is admitted to practice in the courts of the State of Missouri, State of Illinois, the United States District Court for the Eastern District of Missouri, the United States District Court for the Western District of Missouri, the United States District Court for the Central

District of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the District of Kansas, the Supreme Court of Missouri,  the United States Court of Appeals for the Eighth Circuit and the United States Court of Appeals for the Ninth Circuit.

3.      Mr. Reed has never been disciplined by any bar.

4.      Mr. Reed has never previously been admitted pro hac vice to this Court.

5.      Mr. Reed does not engage in the practice of law from an office in the District of Columbia, is not a member of the District of Columbia Bar, and does not have a pending application for membership to the District of Columbia Bar.

I therefore request that the Court admit Mr. Reed to appear pro hac vice in this matter.

Dated: July 1, 2026

Respectfully submitted,

By: */s/ Sona Rewari*

Sona Rewari (D.C. Bar No. 1047102)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

Winthrop B. Reed III, *pro hac vice forthcoming*
(Mo. Bar #42840)
Benjamin M. Farley, *pro hac vice forthcoming*
(Mo. Bar #69073)
Lindsey M. Bruno, *pro hac vice forthcoming*
(Mo. Bar #73055)
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7617
Facsimile:  (314) 612-7617
wreed@lewisrice.com
bfarley@lewisrice.com
lbruno@lewisrice.com

***Attorneys for Defendants***

2