# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Allison Brown )
_____ )
　　　　　　Plaintiff(s) )
　 )
 )
vs. )　　　Case Number: **1:26-cv-01143**
 )
Washington University, et al. )
_____ )
　　　　　　Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

　　　　In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: **Winthrop B. Reed, III**

2. State bar membership number: **42840**

3. Business address, telephone and fax numbers:

 **600 Washington Ave. Ste. 2500 St. Louis, MO 63101**

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

 **Please see attached**

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?  Yes ☐　　No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?　Yes ☐　　No ☑

 (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. **0**

 (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar? **No**

9. Do you have a pending application for admission into USDC for the District of Columbia? **No**

**In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:**

## (CHECK ALL ITEMS THAT APPLY)

1. ☐ has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. ☐ has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. ☐ has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

July 1, 2026

_____
DATE

_____
SIGNATURE OF ATTORNEY

2

Winthrop B. Reed, III Application to Appear Pro Hac Vice

| Additional courts to which applicant is admitted | Date of Admission | Bar Number |
|---|---|---|
| United States District Court for the Eastern District of Missouri | 05/05/95 | 42840 |
| United States District Court for the Western District of Missouri | 03/30/12 | 42840 |
| United States District Court for the Southern District of Illinois | 08/16/95 | 6227062 |
| United States District Court for the Central District of Illinois | 09/24/07 | 6227062 |
| United States District Court for the District of Kansas | 11/29/18 | 78794 |
| United States Court of Appeals for the Eighth Circuit | 05/25/10 | |
| United States Court of Appeals for the Ninth Circuit | 09/30/09 | |
| United States Supreme Court | 10/30/23 | |