AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Allison Brown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01143 |
| Washington University, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                    .

Date:    07/06/2026

/s/ Benjamin M. Farley
*Attorney's signature*

Benjamin M. Farley (pro hac vice)
*Printed name and bar number*

Lewis Rice LLC
600 Washington Ave., Suite 2500
St. Louis, MO 63101-1311

*Address*

bfarley@lewisrice.com
*E-mail address*

(314) 444-7658
*Telephone number*

(314) 612-7658
*FAX number*