**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143 |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF'S FIRST AMENDED COMPLAINT AND MOTION FOR**
**JURISDICTIONAL DISCOVERY**

COME NOW Defendants Washington University, Elizabeth Walsh, Adrienne Davis, Carrie Burns, Russell Osgood, Robert Wild, Darrell Hudson, Deanna Wendler-Modde, Nicole Gore, Peggie Smith, Mark Kamimura-Jiménez, Elizabeth Katz, and Angela Smith ("Defendants"), by and through undersigned counsel, and, pursuant to the Federal Rules of Civil Procedure, respectfully move this Court for a 14-day extension of time to respond to Plaintiff's First Amended Complaint and to Plaintiff's Motion for Jurisdictional Discovery, up to and including July 27, 2026, and state the following:

1.      Plaintiff filed her original, 178-paragraph Complaint in this matter on April 1, 2026. (*See* ECF No. 1.)

2.      On April 8, 2026, Plaintiff emailed the Defendants with a copy of the Waiver of Service of Summons.  (*See* ECF No. 3.)

3.      Defendants timely filed their Motion to Dismiss the Complaint on June 8, 2026. (*See* ECF No. 6.)

4.      The next day, Plaintiff moved to amend her complaint.  (*See* ECF No. 7.)

5.      This Court thereafter ordered Plaintiff to respond to Defendants' Motion to Dismiss or file an amended complaint by June 29, 2026.  (ECF No. 9.)

6.      Plaintiff filed her First Amended Complaint on June 29, 2026.  (ECF No. 11.)

7.      That same day, Plaintiff filed a Motion for Jurisdictional Discovery.  (ECF No. 12.)

8.      Defendants' current deadline to respond to the First Amended Complaint and Motion for Jurisdictional Discovery is July 13, 2026.

9.      Defendants respectfully request a 14-day extension of this deadline, up to and including July 27, 2026, to respond to the First Amended Complaint and Motion for Jurisdictional Discovery.

10.     Good cause exists to grant the relief sought by Defendants.

11.     Plaintiff's First Amended Complaint adds 357 paragraphs to her original Complaint, for a total of 535 paragraphs.

12.     Many of these allegations have never been raised before in Plaintiff's filings in the District of Maryland federal court (*Brown v. Washington Univ.*, No. 24-3198-TDC, 2025 WL 2197145 (D. Md. Aug. 1, 2025)) or in her original Complaint.

13.     Plaintiff's Amended Complaint also includes 13 causes of action—4 of which were not asserted in her original Complaint—and 70 pages of exhibits allegedly supporting her causes of action.

14.     Plaintiff's Motion for Jurisdictional Discovery cites to many of the allegations and exhibits to her First Amended Complaint.

15.     Moreover, the current time period for Defendants to investigate and respond to these allegations includes an extended federal-holiday weekend, during which defense counsel's

key contacts with Defendant Washington University are traveling on pre-scheduled family vacations.

16.     Plaintiff will not suffer any prejudice from this extension of time.

17.     Counsel for Defendants reached out to Plaintiff by email on July 2, 2026 to request her consent to this Motion.  Plaintiff responded on July 3, 2026, asking for times to discuss the request the following week.

18.     While the parties worked to schedule a time to discuss Defendants' request, Plaintiff sent an additional email on the morning of July 6, 2026, notifying counsel for Defendants that she opposes the extension request.  Plaintiff did not provide the grounds for her opposition.

19.     Defendants filed this Motion immediately after receiving Plaintiff's position on the requested extension.

20.     Defendants have made no previous request for extension of time in this matter and submit that this request is not made for the purpose of delay.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint and Motion for Jurisdictional Discovery up to and including July 27, 2026, and for any further relief this Court finds to be just and proper.

Respectfully submitted,

Dated: July 6, 2026

By: */s/ Sona Rewari*
Sona Rewari (D.C. Bar No. 1047102)
**HUNTON ANDREWS KURTH LLP**
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1974
Facsimile: (703) 918-4018
srewari@hunton.com

Winthrop B. Reed III, *admitted pro hac vice*
(Mo. Bar #42840)
Benjamin M. Farley, *admitted pro hac vice*
(Mo. Bar #69073)
Lindsey M. Bruno, *pro hac vice forthcoming*
(Mo. Bar #73055)
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone:  (314) 444-7617
Facsimile:  (314) 612-7617
wreed@lewisrice.com
bfarley@lewisrice.com
lbruno@lewisrice.com

***Attorneys for Defendants***

4