**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143-CRC |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint and Motion for Jurisdictional Discovery (the "Motion"), and for good cause shown, it is hereby **ORDERED** that the Motion is granted.  Defendants shall respond to Plaintiff's First Amended Complaint and to Plaintiff's Motion for Jurisdictional Discovery no later than July 27, 2026, preserving all objections and defenses available, including all those available under Federal Rule of Civil Procedure 12(b).

So ordered this ___ day of _____, 2026.

_____
Christopher R. Cooper
United States District Court Judge