# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

ALLISON BROWN,                               )

Plaintiff,                                   )

v.                                           )               Case No. 1:26-cv-01143

WASHINGTON UNIVERSITY, et al.,               )

Defendants.                                  )

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND

COME NOW Plaintiff, Pro-Se, and, pursuant to the Federal Rules of Civil Procedure, respectfully request for this Court to refuse to grant Defendants' request for a 14-day extension.

Plaintiff states the following:

1. Plaintiff filed her original 157-page complaint before the District Court of Maryland on November 4, 2024.

2. There are no new allegations in Plaintiff's Amended Complaint before this Court, filed on June 29th, 2026, almost two years later.

3. Every single one of Plaintiff's allegations in the Amended Complaint have been previously raised.

4. Defendants cannot be surprised by any of Plaintiff's allegations; she has made each allegation already in her Original and Amended Complaints before the District Court of Maryland.

5. All of Plaintiff's allegations have already been previously made, but separated into two or three separate paragraphs for stylistic and ease-of-reading purposes.

6. The increase in paragraph numbers between the Original and Amended Complaint is attributable to spacing out allegations that were previously contained in one paragraph, and are now spaced to be listed 2 to 3 paragraphs.

7. Defendants knew of every single exhibit in the Amended Complaint as every single exhibit has already been submitted before the District Court of Maryland.

8. Plaintiff will suffer undue prejudice from this extension of time; the facts have never changed, nor have Plaintiff's allegations against Defendants.

9. Defendants had until June 8th, 2026, over two months, to respond to Plaintiff's April 1st, 2026 Complaint before this Court.

10. Any original materials in Plaintiff's Second Amended Complaint are only now included because of Defendants' misrepresentations of their acts, activities, business, and omissions in Washington D.C. and Defendants' acts, activities, business, and omissions in Washington D.C. towards Plaintiff.

11. Defendants misrepresented their own acts, activities, business, and omissions in Washington D.C. and their own acts, activities, business, and omissions towards Plaintiff in Washington D.C. in their Motion to Dismiss in Response to Plaintiff's Original Complaint of this Court.

12. Defendants are well-aware of their own acts, activities, business, and omissions in Washington D.C. and Defendants' acts, activities, business, and omissions towards Plaintiff in Washington D.C.

13. Defendants disabled Plaintiff's email accounts on or around June 1st, 2026 – **in the middle of litigation** – in defiance of Plaintiff's two spoliation letters sent to Defendants on June 29th 2026, and in or around April 29th, 2023.

14. Defendants' current deadline to respond to the First Amended Complaint and Motion for Jurisdictional Discovery is July 13, 2026.

15. Good cause does not exist to grant the extension nor relief sought by Defendants.

16. Defendants have a team of five attorneys. Plaintiff is pro se.

17. Plaintiff's grounds in opposition to this discovery request are that Plaintiff has not alleged any new facts, and Defendants have been privy to all of Plaintiff's exhibits for almost two years, since November 4th, 2024.

18. This delay actively prevents Plaintiff from moving towards trial, and seeking urgent relief of Jurisdictional Discovery, as Defendants intentionally disabled Plaintiff's email accounts on or around June 1st, 2026.

19. Defendants' request is solely made for the purpose of delay and deceit.

WHEREFORE, Plaintiff respectfully requests that this Court deny Defendants' Motion for Extension of Time, and for any further relief this Court finds to be just and proper.

Respectfully submitted,

Plaintiff Allison Brown, Esq.

DC Bar #: 90045586