**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-01143 |
| WASHINGTON UNIVERSITY, et al., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint and Motion for Jurisdictional Discovery (the "Motion"), it is hereby **ORDERED** that Defendants' Motion is denied. It is also hereby **ORDERED** that Defendants shall reinstate Plaintiff's privileges to her e-mail account (allison.brown@wustl.edu) so that she can continue to assert and litigate her claims against Defendants.

So ordered this __ day of _____, 2026.

_____

Christopher R. Cooper

United States District Court Judge