AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Allison Brown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-01143 |
| Washington University, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                .

Date:     07/08/2026                                      /s/ Winthrop B. Reed, III
                                                        *Attorney's signature*

                                                Winthrop B. Reed, III (pro hac vice)
                                                *Printed name and bar number*

                                                Lewis Rice LLC
                                                600 Washington Ave., Suite 2500
                                                St. Louis, MO 63101-1311

                                                *Address*

                                                wreed@lewisrice.com
                                                *E-mail address*

                                                (314) 444-7617
                                                *Telephone number*

                                                (314) 612-7617
                                                *FAX number*