**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143-CRC |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or for Improper Venue or, in the Alternative, Failure to State a Claim, Plaintiff's opposition thereto, and any reply briefing and oral argument thereon, and for good cause shown, it is hereby ordered that the Motion to Dismiss is granted pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6), that all Counts of the Amended Complaint as pleaded against all Defendants are dismissed with prejudice, and that judgment be entered for each and every Defendant in the above-captioned action.

So ordered this ___ day of _____, 2026.


_____
Christopher R. Cooper
United States District Court Judge