**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-01143-CRC |
| | ) | |
| WASHINGTON UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion for Jurisdictional Discovery, Defendants' opposition thereto, and any reply briefing and oral argument thereon, and for good cause shown, it is hereby ordered that Plaintiff's Motion for Jurisdictional Discovery is denied.

So ordered this ___ day of _____, 2026.

_____
Christopher R. Cooper
United States District Court Judge