# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-01143 |
| WASHINGTON UNIVERSITY, et al., | ) | |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME

In light of the outstanding motion for jurisdictional discovery, Plaintiff requests an indefinite postponement to respond to Defendants' Motion to Dismiss. Plaintiff is unable to respond to Defendants' Motion to Dismiss properly without knowledge of the outcome of her motion for jurisdictional discovery.

Pursuant to Rule 7(m), Plaintiff asked Defendants for a 14 day extension from the outcome of the decision on the Motion for Jurisdictional Discovery. Defendants have declined to consent to an extension, and provided no rationale for their position.

Respectfully submitted,

Plaintiff

Allison Brown, Esq.

DC Bar #: 90045586