**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-01143 |
| WASHINGTON UNIVERSITY, et al., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, it is hereby **ORDERED** that Plaintiff's Response to Defendants' Motion to Dismiss is due two weeks from the date of the Court's decision on Plaintiff's Motion for Jurisdictional Discovery.

So ordered this ___ day of _____, 2026.

_____

Christopher R. Cooper

United States District Court Judge