**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ALLISON BROWN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-01143 |
| WASHINGTON UNIVERSITY, et al., | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

Upon consideration of the Defendants' Motion to Dismiss, it is hereby **ORDERED** that Defendants' Motion to Dismiss for Lack of Personal Jurisdiction or for Improper Venue or, in the Alternative, Failure to State a Claim is **DENIED** with prejudice. It is also hereby **ORDERED** that Defendants shall reinstate Plaintiff's privileges to her e-mail account (allison.brown@wustl.edu) so that she can continue to assert and litigate her claims against Defendants.

So ordered this __ day of _____________, 2026.

_________________________

Christopher R. Cooper

United States District Court Judge